United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 3, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-30418
Summary Calendar

_____

PAULINE RICHARDSON,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana, Shreveport
USDC No. 5:04-CV-2565

_____

Before REAVLEY, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM:[*]

The judgment of the court is affirmed for these reasons:

1.      Dr. Dixon's conclusions were not accepted by the administrative judge for

substantial reasons.  No clinical findings are shown in Dr. Dixon's

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

examination records to support his statements of radiating pain and numbness etc. The specialist did not find these symptoms. No other doctor reached the same conclusion as Dr. Dixon.

2.  While Ms. Richardson may suffer from disc deterioration and some nerve root compression, the record does not show motor or sensory loss and the impairment listed in § 1.04(A).

3.  We are unable to say that the evidence does not support the findings of the administrative law judge. We must therefore affirm the judgment that affirms the Commissioner's decision.

AFFIRMED.